## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHARLES MURRAY.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 2:19-CV-02148 |
| ) | |
| ) | **Jury Trial Demanded** |
| **MANORCARE OF TOPEKA KS, LLC;** ) | |
| **HCR HEALTHCARE, LLC; HCR** ) | |
| **MANORCARE, INC.; and** ) | |
| **PROMEDICA HEALTH SYSTEM,** ) | |
| **INC.** ) | |
| ) | |
| **Defendants.** ) | |

### DISCLOSURE OF CORPORATE OWNERSHIP

COMES NOW Defendant, ManorCare of Topeka KS, LLC, d/b/a Manor Care Health Services (Topeka) by and through its counsel of record, McDonald Veon, P.A. and files this its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in support thereof would state that the sole member of the limited liability company is HCR IV Healthcare, LLC.

Respectfully Submitted,

MCDONALD VEON, P.A.

By:  */s/ Ted J. McDonald*
Ted J. McDonald, #16978
9300 West 110th Street, Suite 470
Overland Park, Kansas 66210
(913)647-0670 Facsimile: (913)647-0671
Ted@McDonaldVeon.com
ATTORNEY FOR DEFENDANT
MANORCARE OF TOPEKA KS, LLC

## Certificate of Service

I, Ted J. McDonald of McDonald Veon, P.A. do hereby certify that on this 6th day of May 2019 I electronically filed the foregoing Disclosure of Corporate Ownership with the clerk of Court using the CM/ECS System and all Counsel of record were served electronically as follows: Jonathan Steele, THE STEELE LAW FIRM, 2345 Grand Blvd., Suite 750, Kansas City, MO 64108, Attorney for Plaintiff.

By: */s/ Ted J. McDonald*
Ted J. McDonald